# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTIAN WALKER,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:08-CV-01551-PMP-(GWF)

**ORDER**

    Petitioner having filed an unopposed motion for an enlargement of time in which to file response to opposition for partial dismissal (first request) (#51), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file response to opposition for partial dismissal (first request) (#51) is **GRANTED**.  Petitioner shall have through June 18, 2010, to file and serve a reply to respondents' opposition to petitioner's motion for partial dismissal and response to court's order (#50).

    DATED:  June 1, 2010.

_____
PHILIP M. PRO
United States District Judge